UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

WEST GAINES SEED, INC.,

    Plaintiff,

v.                                                                                    No. 5:21-CV-102-H

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 25. The joint stipulation is approved. It is ordered that plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on March 4, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE